LEVINE BROTHERS, Appellant, v. RUTH CUYLER and JOHN CUYLER, Respondents. — Same decision and like cause of action as in companion case last above. Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent, v. OSWALD O. BACHMANN and Others, Appellants.— Judgment affirmed, with costs. Memorandum: Where an automobile casualty insurance policy excepts from coverage accidents occurring while the automobile in question is being used in " the towing of any trailer," an accident, occurring in the course of a trip when the automobile was towing a trailer but at a time when the automobile with the trailer attached was stopped at the side of a road to enable an occupant of the automobile to make a purchase at a wayside stand, falls within the exception from coverage. All concur. (The judgment is for plaintiff in an action for a declaratory judgment to determine plaintiff's liability under an automobile liability insurance policy.) Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

In the Matter of the Petition of JOHN HERMAN, Appellant, to Compel SUSAN ELIZABETH LAUGHLIN and WILLIAM CHAUNCEY LAUGHLIN to File an Inventory, etc., as Executors of the Estate of WILLIAM LAUGHLIN, Deceased, Respondents. (NATHAN TENEBAUM Substituted as Appellant in Place of JOHN HERMAN.) — Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

CLARENCE H. KLEIN, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

EDWARD LAND, Appellant, v. THE MERCHANTS DESPATCH TRANSPORTATION COMPANY, Respondent.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.

THOMAS PUGLIESE, Appellant, v. GEORGE HORMAN, JR., Respondent.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.